U.S District Courthouse
Mitchell H. Cohen Bld
Attn: Clerk of Court
4th & Cooper Streets
Camden NJ 08101.

RECEIVED
OCT 16 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

From the Pro:Se Complaint of • Mr Prentiss. Blaylock
   Mr Shiquil McNeil • Matthew Murphy
c/o @ Atlantic Co. Justice Facility
   5060 Atlantic Avenue
   Mays Landing NJ 08330.

RE — { Pro:Se Complaint Against Entity of Atlantic Co. Justice Facility For Civil & Constitutional Violations.

September 29th 2024.

Good day to the respected Clerk of the U.S District Court, I the above Complaintant upon (PRO:SE) representation wish to file Complaint under "Forma Pauperus" Status, against the entity of the Atlantic County Justice Facility located at 5060 Atlantic Avenue, Mays Landing New Jersey, for the violations of unsanitary conditions due to inoperatable toilets that will not properly dispose of human waste due to the electronic malfunction of the flush button of the standard "Acorn" Engineering Model toilet. Within this facility, each unit consists of 16 cells that were designed to lodge (2) inmates per cell with one toilet each, (2) Community toilets per unit. The Atlantic County Justice Facility now houses (3) inmates per cell with unsanitary conditions due to overcrowding and inadequate ability to dispose of human waste. Please be advised (1)

2) CONT: that to house defendants under such conditions is most certainly Unconstitutional and is a Civil & Constitutional violation of defendant rights. The facility has been advised numerous times as to this Serious matter to no avail. There are Currently 55 inmates on the B-Left housing Unit that have Submitted their names and I.D numbers and would like to be attatched to this Complaint with Mr Prentiss J. Blaylock Sr, and Mr Shiquil McNeil as well as Mr Mathew Murphy being dorm representative and the Procreator's of this formal Complaint being filed under proper jurisprudence.

Please be respectfully advised that the members of this Complaint respectfully request advisory as to the Magistrate positioning of the matter forthwith and as soon as applicable.

Professionally Submitted
Respectfully.

→ (PRO: SE) Procreator: Mr Prentiss J. Blaylock
296026. B-L

→ (PRO: SE) Witness: Mr. Matthew Murphy
295588

→ (PRO: SE) Witness: Shiquil D. McNeil
01-295421

# Atlantic County Justice Facility B-Left
## Inmate Population Complaint for Unsanitary Conditions & Overcrowding.
## Civil & Constitutional Violations / Fire Code

| # | Inmate Name & # | Signature | Date |
|---|---|---|---|
| 1 | Shi'Quil McNeil | [signature] | Oct 1 2024 |
| 2 | Matthew Murphy | [signature] | Oct 1, 2024 |
| 3 | Prentiss J. Blaylock | Prentiss Blaylock | Oct 1 2024 |
| 4 | John Bonds Sr | John Bonds Sr | Oct 1/2024 |
| 5 | Bernardino Nieva-Francesch | [signature] | Oct/1/2024 |
| 6 | John Foster | [signature] | Oct/1/2024 |
| 7 | Dennis Lamond | [signature] | Oct/1/2024 |
| 8 | Bernard Snead | Bern Sn | 10/1/2024 |
| 9 | Randolph Boyd | Randolph Boyd #295749 | 10-1-24 |
| 10 | William Wolverton | [signature] | 10-1-2024 |
| 11 | Szakyus Wen | Syakyus Wen | 10-1-2024 |
| 12 | Nicholas M. Leotta | [signature] | 10-1-2024 |
| 13 | Joseph S. Mason | [signature] | 10-01-2024 |
| 14 | Anthony Smatthews 01-285678 | [signature] | 10-1-2024 |
| 15 | Paul Van Dore 296104 | [signature] | 10-1-2024 |
| 16 | Bryan H. Cater 01-296995 | B.C. | 10-1-2024 |
| 17 | Justin Kirkpatrick | Justin Kirkpatrick | 10-1-2024 |
| 18 | Mark D. Sunday Jr | [signature] | 10-1-2024 |
| 19 | Brian G. Lincoln | Brian G. Lincoln 01296763 | 10-1-2024 |
| 20 | Edgar Shepard | [signature] 01-291505 | 10-1-2024 |
| 21 | Michael Boileau | [signature] 295982 | 10-1-2024 |
| 22 | Aleksey Yakhnovskiy | [signature] | 10-1-24 |
| 23 | Evan Simpkins 01-296854 | [signature] | 10-1-24 |
| 24 | Stephn Sirch 01-294318 | [signature] | 10-1-24 |
| 25 | Ivan Thomas 01-293885 | [signature] | 10-1-24 |
| 26 | Anthony C Valato | [signature] | 10/1/2024 |
| 27 | Michael McConnel | Michael McC 01294332 | 10/1/2024 |
| 28 | Brandon Becker #294405 | [signature] | 10-1-24 |
| 29 | Zhavai X Sheppard 01-297060 | Zhavai X Shy | 10-1-24 |
| 30 | Andrew Murphy #01-296986 | Andrew Murphy | |

CONT (5)

31 Fayyaadh Abeed Davis   Fayyaadh Abeed Davis   Oct 1, 2024
32 Marvin White   MARVIN WHITE   Oct 1, 2024
33 Joshua Prem   [signature]   Oct 1, 2024
34 Edwardo Cruz   [signature]   Oct/1/2024
35 Michael Cramblitt   [signature]   01-296866   Oct/1/2024
36 David Swartz   [signature]   01-294162   Oct/1/2024
37 Brenton Weaver   [signature]   01-293093   Oct/1/2024
38 Joseph Shea   [signature]   01-296447   10/1/2024
39 [signature]   Louis Sassani   01-294808   10/1/2024
40 Yazsin Pinto   [signature]   01-290519   10/1/2024
41 Robert D. DiCerbo   [signature]   01-291802   10/1/2024
42 Erik Von Hess   01-295716   [signature]   10/1/2024
43 David Steele   01-294490        10-1-24
44 Terrence Legette   01-295004   [signature]   10/1/2024
45 Rodney Knight   297115   [signature]   10/1/24
46 Fermin Zebron   296931   [signature]   10/1/24
47 Demitu Williams   01-295839   [signature]   10/1/24
48 Luke Hawkins   [signature]   294589   10/1/24
49 Edwin M Tanner   [signature]   01-291,371   10/1/24
50 Kiyon Smalley   01-294476   10/1/24

Co @ Atlantic Co. Justice Facility
5060 Atlantic Avenue
Mays Landing NJE 08330.

HIS CORRESPONDENCE IS
HANDLED IN THE
OF THE ATLANTIC COUNTY
JUSTICE FACILITY

U.S District Court House
Mitchell H. Cohen Bld.
Attn: Clerk of Court
4th & Cooper Streets
Camden NJ 08101.

SOUTH JERSEY NJ 080
3 OCT 2024 PM 4 L
RECEIVED
OCT 16 2024
AT 8.30 M
CLERK, U.S. DISTRICT COURT - DNJ
USA FOREVER
As in past elections,